**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**MARIE DURAN, and ISAAC GRANADO,**

    **Plaintiffs,**

v.                                    No. 2:24-cv-00314-JHR-DLM

**XAVIER ANAYA, CHRISTOPHER RIDER,**
**and THE CITY OF ARTESIA**

    **Defendants.**

## ENTRY OF APPEARANCE

COMES NOW Joseph C. Haupt of the firm Conklin, Woodcock & Ziegler, P.C., and hereby enters his appearance on behalf of Defendants Xavier Anaya, Christopher Rider, and the City of Artesia.

Dated: May 13, 2024.

                                       Respectfully submitted,

                                       CONKLIN, WOODCOCK & ZIEGLER, P.C.

                                       By: */s/ Joseph C. Haupt*
                                                Joseph C. Haupt
                                                320 Gold Ave., Suite 800
                                                Albuquerque NM 87102
                                                Telephone: (505) 224-9160
                                                Fax: (505) 224-9161
                                                jch@conklinfirm.com

                                                *Attorneys for Xavier Anaya, Christopher*
                                                *Rider, and the City of Artesia*

## CERTIFICATE OF SERVICE

This is to certify that on the 13th day of May 2024, the foregoing was filed electronically through the CM/ECF system, which caused the following to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Benjamin Gubernick
WALDO GUBERNICK LAW ADVOCATES LLP
New Mexico Bar No. 145006
717 Texas St., Suite 1200
Houston, TX 77002
(623) 252-6961
ben@wglawllp.com

and

Todd J. Bullion
LAW OFFICE OF TODD J. BULLION
4801 Lang Ave NE
Suite 110
Albuquerque, NM 87109
(505) 494-4656
todd@bullionlaw.com

*Attorneys for Plaintiffs*


/s/ Joseph C. Haupt
Joseph C. Haupt