**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**MARIE DURAN and**
**ISAAC GRANADO,**

**Plaintiffs,**

**vs.** **No: 2:24-cv-00314-JHR-DLM**

**XAVIER ANAYA,**
**CHRISTOPHER RIDER, and**
**THE CITY OF ARTESIA,**

**Defendants.**

**UNOPPOSED MOTION TO SUBSTITUTE PARTY**

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, undersigned counsel moves to substitute Genevieve Granado Grado ("Genevieve") for Isaac Granado ("Isaac") in this action. Isaac passed away during this action's pendency. Geneveve is Isaac's mother and has been appointed his personal representative by the probate court in Eddy County, New Mexico.

Defendants are unopposed to this motion.

Respectfully submitted,

WALDO GUBERNICK
LAW ADVOCATES LLP

*/s/ Benjamin Gubernick*
Benjamin Gubernick
New Mexico Bar No. 145006
Ben@wglawllp.com
623-252-6961
717 Texas Ave. Suite 1200
Houston, TX 77002

-and-

Todd J. Bullion
Law Office of Todd J. Bullion
4811 Hardware Dr NE
Bldg D, Suite 5
Albuquerque, NM 87109
(505) 494-4656

todd@bullionlaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 30th day of August 2024, I filed the foregoing electronically through the Court's CM/ECF system, which caused the following counsel to be served by electronic means on all parties' attorneys of record.

*/s/ Benjamin Gubernick*
Benjamin Gubernick