IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARIE DURAN and
ISAAC GRANADO

    Plaintiffs,

v.                                                                                     No. 2:24-cv-0314 JHR/DLM

XAVIER ANAYA, CHRISTOPHER RIDER,
and THE CITY OF ARTESIA,

    Defendants.

## ORDER SETTING STATUS CONFERENCE

**THIS MATTER** is before the Court sua sponte. In preparation for the October 23, 2024 Settlement Conference, the Court contacted Plaintiff's counsel, Todd Bullion, to obtain a copy of the state court order appointing the personal representative, Genevieve Granado, in this matter. On October 4, 2024, Mr. Bullion informed the Court that the state court has yet to appoint Ms. Granado. The Court will set a status conference to determine the effect that the personal representative not being appointed yet will have on this case, including whether the settlement conference may proceed.

The Court will hold a telephonic status conference on **October 9, 2024, at 2:30 p.m. MDT**. Counsel shall call the Court's conference line at **(877) 336-1831** and use access code **2038522** to connect to the proceedings. Client attendance is not required.

    **IT IS SO ORDERED.**

_____
DAMIAN L. MARTINEZ
UNITED STATES MAGISTRATE JUDGE