IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

Before the Honorable Damian L. Martinez
United States Magistrate Judge

**CLERK'S MINUTES RE: RULE 16 SETTLEMENT CONFERENCE**

*Duran v. Anaya.*
2:24-cv-0314 JHR/DLM

**October 23, 2024 – Las Cruces, NM – Dona Aña Courtroom**

**Counsel for Plaintiff**:   Ben Gubernick

**Counsel for Defendants**:   Joe Haupt and John Ziegler

Client Representatives:   Brandon Heckler and Kirk Roberts

**RESULT OF SETTLEMENT DISCUSSIONS**:
- Case settled.

**TIME SPENT IN PRE-SETTLEMENT CONFERENCES:**
- 2 hours

**TIME SPENT IN SETTLMENT CONFERENCE:**
- 3 hours 15 minutes

**Total time:** 5 hours 15 minutes

## NOTES

- The case settled, and the Court informed the parties that, because the case involves a minor, the Court will have to conduct a fairness hearing before the settlement is approved and the case may be closed.