## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

MARIE DURAN and
GENEVIEVE GRANADO
as personal representative of
Isaac Granado,

      Plaintiffs,

v.                                                                             No: 2:24-cv-0314 JHR/DLM

XAVIER ANAYA,
CHRISTOPHER RIDER, and
THE CITY OF ARTESIA,

      Defendants.

## ORDER APPOINTING GUARDIAN AD LITEM

**THIS MATTER** is before the Court on the parties' amended joint motion to appoint a Guardian ad Litem. (Doc. 47.) Having considered the motion and noting it is a joint request, the Court finds it should be **GRANTED**. Accordingly, Sam Ruyle, Esq., is appointed Guardian ad Litem regarding the Court's consideration of a settlement in this matter involving A.G., a minor child, and specifically, the fairness and reasonableness of a settlement in its effect on A.G. All immunities and privileges available to the Guardian ad Litem shall be extended to the Guardian ad Litem in this matter. *See Dahl v. Charles F. Dahl, M.D., P.C. Defined Ben. Pension Tr.*, 744 F.3d 623, 630 (10th Cir. 2014).

As Guardian ad Litem, Mr. Ruyle shall be absolutely immune from any liability for his actions taken pursuant to this appointment, as his participation in this case is in furtherance of the judicial process. *See Fuller v. Davis*, 594 F. App'x 935, 939 (10th Cir. 2014). The Guardian ad Litem's duties and obligations are owed to the Court, not to A.G., and his reasonable fees and expenses in this matter shall be paid by Defendants.

**IT IS SO ORDERED.**

_____
DAMIAN L. MARTINEZ
UNITED STATES MAGISTRATE JUDGE