# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

MARIE DURAN and
GENEVIEVE GRANADO
as personal representative of
Isaac Granado,

       Plaintiffs,

v.   No: 2:24-cv-0314 JHR/DLM

XAVIER ANAYA,
CHRISTOPHER RIDER, and
THE CITY OF ARTESIA,

       Defendants.

## ORDER APPROVING MINOR SETTLEMENT

THIS MATTER is before the Court upon a settlement agreement between the parties involving a minor child. The Court held a fairness hearing via Zoom on January 31, 2025, to assess the propriety of the settlement in relation to the minor child. The Court reviewed the report of the guardian ad litem, heard from the parties, and was informed of the underlying facts, the terms of the settlement, and the proposed distribution to the minor child when he reaches the age of majority. Accordingly, the Court made the following findings as stated on the record and considering the *Jones* factors[1]:

A) The proposed settlement was fairly and honestly negotiated;

B) Serious questions of law and fact exist in this lawsuit, which put the ultimate outcome of litigation in doubt;

C) The value of an immediate recovery outweighs the mere possibility of future relief after protracted and expensive litigation;

D) The parties' judgment is that the settlement is fair and reasonable;

E) The settlement does not conflict with any potential probate distribution;

---

[1] *See Jones v. Nuclear Pharm., Inc.*, 741 F.2d 322, 324 (10th Cir. 1984).

F) The attorney fees and costs are fair and reasonable; and

G) The settlement amount and distribution to the minor child are fair, adequate, and reasonable, and therefore approved.

**IT IS SO ORDERED.**

_____
Jerry H. Ritter
United States Magistrate Judge